IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JOAN PRATT,

    Plaintiff,

vs.

                              4:07-CV-187-SPM

SHELTER PROPERTIES, LLC,
d/b/a THE SHELTER GROUP,

    Defendant.

_____/

## ORDER OF DISMISSAL

THIS CAUSE comes before the Court upon the "Notice of Settlement" (doc. 47) filed by the Defendant. Pursuant to Northern District of Florida Local Rule 16.2(D), it is hereby ORDERED AND ADJUDGED:

1. This case is dismissed with prejudice.

2. The Court retains jurisdiction for a period of 60 days, during which time any party may move to reopen for good cause shown.

DONE AND ORDERED this <u>tenth</u> day of March, 2008.

                                      *s/ Stephan P. Mickle*
                                      Stephan P. Mickle
                                      United States District Judge